UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA

v.                                              3:13-cr-00097-24

RYAN MOORE

## O R D E R

The Court held a Hearing on January 7, 2014, with regard to a Petition for Action on Conditions of Pretrial Release submitted on January 7, 2014 (Docket Entry 380), and an Amended Petition to include additional violations submitted at the Hearing by the Pretrial Services Office.

For the reasons stated on the record in open court, the hearing is continued for 30 days. Based upon agreement of the parties and the concurrence of the Pretrial Services Office, Defendant shall continue on pretrial release under the same conditions of release previously imposed (Docket Entry 127).

It is so **ORDERED**.

E. CLIFTON KNOWLES
U.S. Magistrate Judge