# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. Ryan Moore _____ Docket No. 0650 3:13CR00097 - 24

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Dariel S Blackledge-White _____ , PRETRIAL SERVICES OFFICER
presenting an official report upon the conduct of defendant  Ryan Moore _____
who was placed under pretrial release supervision by the  Honorable E. Clifton Knowles, U.S. Magistrate Judge
sitting in the Court at  Nashville, Tennessee _____ , on  June 07, 2013 _____ , under the following
conditions:  Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

Dariel S Blackledge-White _~signature~_ Nashville, TN _____ February 5, 2014
U.S. Pretrial Services Officer          Place:                                    Date:

Next Scheduled Court Event    **Trial** _____ February 11, 2014 _____
                                                    Event                                     Date

---

## PETITIONING THE COURT

- ☐ No Action
- ☐ To Issue a Warrant
- ☐ To issue an order setting a hearing on the petition
- ☒ Other  The petition dated January 17, 2014, is amended to include additional violations.

---

THE COURT ORDERS:
- ☐ No Action
- ☐ The Issuance of a Warrant.
  - ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)
- ☒ Other

☐ A Hearing on the Petition is set for

_____  _____
Date                          Time

The petition is so Amended.

Considered and ordered this _5th_ day
of _February_ , _2014_ , and ordered filed
and made a part of the records in the above
case.

_~signature~_
Honorable E. Clifton Knowles
U.S. Magistrate Judge

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

**The petition dated January 17, 2014, is superseded to include one additional count of Violation No. 2, and the addition of Violation No. 3. Additionally, the Violation, Probation Officer Action, and Pretrial Services recommendation sections have been edited.**

On June 3, 2013, defendant Ryan Moore appeared before Your Honor for an Initial Appearance as a result of being charged with violating Title 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute and to Distribute Oxycodone, Hydromorphone, and Oxymorphone, Schedule II Controlled Substances; and Buprenorphine, a Schedule III Controlled Substance. The Government did not file a Motion for Detention, and the defendant was released on a personal recognizance bond with pretrial supervision.

As Mr. Moore had an active state probation violation, on June 7, 2013, he was released on a detainer to Wilson County, Tennessee. On October 20, 2013, the defendant was released from local custody.

On November 20, 2013, Mr. Moore reported for pretrial supervision.

On January 7, 2014, the bond revocation hearing was continued to February 20, 2014, to monitor the defendant's compliance on Pretrial Supervision. Mr. Moore has again violated the conditions of his supervision.

**Special Conditions of Release:**

Please reference the attached Order Setting Conditions of Release.

**VIOLATION(S):**

**Violation No. 1: Report to the U.S. Pretrial Services as directed.**

On December 18, 2013, the defendant failed to report to the U.S. Probation and Pretrial Services Office for his scheduled monthly appointment.

As a sealed Arrest Warrant was issued for the defendant on January 7, 2014, this officer telephoned the defendant on January 9, 2014, at 9:54 a.m. and requested that he come into the probation office. Mr. Moore advised that he lacked transportation because his father's vehicle was being repaired. He expressed his belief that his father would pick the vehicle up from the automotive shop later in the evening and could bring him into the office the next day. This officer encouraged Mr. Moore to try to find a ride to Nashville on the date of the phone call. Further, Mr. Moore was instructed to call the supervising officer back to advise when he would come into the office.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

At the close of business on January 9, 2014, this officer had not heard from Mr. Moore. The U.S. Marshals Service District Fugitive Task Force Coordinator for the Middle District of Tennessee was contacted, and apprehension services were requested.

**Violation No. 2: Submit to any testing required by the pretrial services officer or the supervising officer to determine whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.**

On December 13, 2013, Mr. Moore failed to report for a urine screen as directed. He also failed to report for make-up urine screens on December 16, 2013, and on January 9, 2014.

*On January 29, 2014, the defendant failed to report for a urine screen as instructed. Additionally, on January 30, 2014, he failed to report, as directed, to the U.S. Probation and Pretrial Services Office for a make-up urine screen.*

**Violation No. 3: The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.**

On the evening of January 30, 2014, this officer received notification that the defendant had law enforcement contact with the Lebanon Police Department. Investigation revealed that on the same date at approximately 7:07 p.m., officers were dispatched to the Knights Inn in Lebanon, Tennessee, to investigate a possible methamphetamine laboratory. When they arrived on the scene, officers encountered a woman, Stephanie Mosley, who allowed them into her motel room. Investigation revealed the room housed a methamphetamine laboratory. A man, identified as Nathan Busard, was discovered hiding in the bathroom. Mr. Busard and Ms. Mosley were taken into custody.

Inside the motel room, officers discovered a camouflage backpack that Ms. Mosley indicated belonged to her. It contained Mason jars with residue, plastic tubing, coffee filters, lithium batteries, and drain cleaner. Additionally, Percocet, methadone, and alprazolam were observed in plain view. For safety reasons, officers removed occupants from other motel rooms located near the scene. The Tennessee Methamphetamine Task Force responded to decontaminate and clean up the motel room.

At approximately 9:50 p.m., officers received a tip that two male subjects located at the Pilot gas station in Lebanon, were watching the police activity at the motel. The caller indicated the men said they left their phones at the Knights Inn but would not retrieve them. Further, the caller advised the defendant had entered the women's restroom and left blood everywhere.

At approximately 10:26 p.m., Lebanon City Police Department officers were dispatched to the Pilot gas station and encountered the defendant and another individual, Christopher Wright. The arresting

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

officer indicated Mr. Moore had red, bloodshot eyes and a white coating on his tongue. According to the officer, defendant Moore voluntarily displayed his arms, which had fresh "track marks" and bruises on them.

The defendant was taken into custody and transported back to the Knights Inn, located at 921 Murfreesboro Road, Lebanon, Tennessee. Mr. Moore consented to a search of his hotel room and was subsequently arrested and transported to booking. He was charged with Public Intoxication (Report No. 14-4806), and on January 31, 2014, defendant Moore was released on his own recognizance.

Of note, Mr. Wright possessed a red straw which contained white residue at the time of his arrest. He admitted he snorted methamphetamine.

**Current Status of Case:**

A jury trial has been scheduled for February 11, 2014, at 9:00 a.m.

**Probation Officer Action:**

On November 15, 2013, this officer received information that the defendant was released from local custody on October 20, 2013. Contact was made with Sparta Bail Bonds, located in Lebanon, Tennessee, who confirmed the defendant was on bond in an unrelated state criminal case. Efforts were made to locate the defendant, and on November 19, 2013, this officer spoke with the defendant via telephone. An initial intake interview was scheduled for November 20, 2013. During this interview, this officer addressed Mr. Moore's 30-day absence from federal pretrial supervision, and he was encouraged to report as instructed. He was also advised that the Court would have to pre-approve any residential change.

On December 14, 2013, this officer conducted a home assessment at Mr. Moore's residence. As he had missed a urine screen on the previous day, he was instructed to report to the U.S. Probation and Pretrial Services Office on the morning of December 16, 2013. Additionally, defendant Moore was instructed to contact Cumberland Mental Health Center, located in Lebanon, Tennessee, to schedule his substance abuse intake assessment. He failed to report for a drug screen as directed.

On December 16, 2013, the defendant's girlfriend, Nikki Speakman, called this officer to advise Mr. Moore was ill. On December 17, 2013, Ms. Speakman again contacted this officer and advised the defendant was taken to the hospital.

On January 9, 2014, this officer again requested the defendant report to the office for a urine screen. He failed to comply with this directive.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

On January 13, 2014, information was received that the defendant reported to Cumberland Mental Health, located in Lebanon, Tennessee, for a substance abuse assessment. The U.S. Marshals Service was advised of Mr. Moore's whereabouts, and local law enforcement was contacted. Defendant Moore was arrested when he exited Cumberland Mental Health. He was transported to the U.S. Marshals Service, and the sealed warrant was executed. It is noted that on this date, presumably after the defendant's arrest, his girlfriend, Nikki Speakman, telephoned the supervising officer to advise that Mr. Moore had been either ill or at the hospital. This officer requested that Ms. Speakman refrain from contacting the officer on behalf of the defendant.

**At the conclusion of the defendant's Initial Appearance on January 13, 2014, he reported to the U.S. Probation and Pretrial Services Office. A drug test was administered, and Mr. Moore was negative for all substances.**

*On January 29, 2014, the defendant contacted this officer to advise he did not have a ride to the probation office. He was encouraged to find a ride to the office for his urine screen, but he did not report. On January 30, 2014, Mr. Moore was again prompted to report to the office for a urine screen. He did not report as instructed.*

*On January 31, 2014, at approximately 3:20 p.m., the defendant reported to the U.S. Probation and Pretrial Services Office. He submitted a urine screen that was negative for all substances. Mr. Moore advised this officer of his new arrest and he denied he was drunk. He reported he has red eyes due to medical reasons. Further, Mr. Moore denied he was given the opportunity to submit to a breathalyzer or blood alcohol test.*

*The defendant stated he stayed the night at the hotel with his girlfriend, Nikki Speakman, who has moved out of their residence. Defendant Moore reported he still lives at his residence. He was advised he has to obtain permission from the Court before he changes his residence.*

*This officer questioned whether Mr. Moore has used intravenous drugs. He admitted he last used intravenous drugs in June 2013. The supervising officer viewed the defendant's arms and feet, and there were no visible signs of immediate intravenous drug use. Mr. Moore was strongly encouraged to explore his transportation options so that he may report for drug screens as scheduled. Further, he was informed the Court would be notified of his noncompliance.*

<u>**Respectfully Petitioning the Court as Follows**</u>:

Based upon Mr. Moore's initial failure to report to the U.S. Probation and Pretrial Services when released from custody in October 2013, his failure to report for urine screens in December 2013, and in January 2014, along with his new arrest for Public Intoxication, Pretrial Services opines that Mr. Moore is incapable of fully complying with the conditions of his pretrial supervision. Therefore, it is respectfully recommended that the defendant be ordered to appear before the Court to show cause as to why his bond should not be revoked.

Honorable E. Clifton Knowles
U.S. Magistrate Judge
2nd Superseding Petition for Action on
MOORE, Ryan
Case No. 3:13-CR-00097-24
February 5, 2014

Assistant United States Attorney Brent Hannafan has been advised of the violation.

Approved:

Vidette A. Putman
Supervisory U.S. Probation Officer


xc:     Brent Hannafan, Assistant U.S. Attorney
        David Heroux, Defense Counsel


Enclosures

# ARREST/SUSPECT/F.I. INFORMATION

| | |
|---|---|
| P ☐ PETITION | |
| W ☐ WARRANT | |
| SUS ☐ SUSPECT | |
| OFF ☐ OFFENDER | |
| FI ☐ FIELD INTERVIEW | |
| ARR ☐ ADULT ARREST | |
| MP ☐ MISSING PERSON | |
| JUV ☐ JUVENILE ARREST | |
| RUN ☐ RUNAWAY | |

**ARREST DATE:** 1-30-14  **CASE #:** 14-4806
**ARREST TIME:** 2235  **ARRESTED** 1 **of** 7

1. 7310(m)  4.
2.  5.
3.  6.

**TYPE OF ARREST:**
A ☐ ON VIEW ARREST
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
10 ☐ UNARMED
11 ☐ FIREARM
12 ☐ HANDGUN
13 ☐ RIFLE
14 ☐ SHOTGUN
15 ☐ OTHER WEAPON
16 ☐ CUTTING INSTRUMENT
17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

**LOCATION OF ARREST:** 921 MURFREESBORO RD
**ARREST #:** 1  **DR. LICENSE #:** 110180276  **STATE:** TN

**SOCIAL SECURITY #:** 413 65 1461
**LAST:** MOORE  **FIRST:** RYAN  **MIDDLE:** LEE  **ALIAS:**

**HOUSE#:** 903  **STREET ADDRESS:** MURFREESBORO RD #138
**CITY:** LEBANON  **STATE:** TN  **ZIP CODE:** 37087

**AGE:** 23  **SEX:** ☒ MALE / F ☐ FEMALE / U ☐ UNKNOWN
**RACE:** ☒ WHITE / B ☐ BLACK / I ☐ INDIAN / A ☐ ASIAN / O ☐ OTHER
**DOB:** 6-1-90
**ETHNICITY:** H ☐ HISPANIC / N ☒ NON-HISPANIC / U ☐ UNKNOWN
**RESIDENT STATUS:** R ☒ RESIDENT / N ☐ NON-RESIDENT / U ☐ UNKNOWN
**HOME#:**
**WORK#:**
**CELL/PAGER#:** 300 8246

**HEIGHT:** FEET: 5 INCHES: 11  **WEIGHT:** 180

**EYES:**
ALB ☐ ALBINO
BLK ☐ BLACK
BLU ☒ BLUE
BRO ☐ BROWN
GRN ☐ GREEN
GRY ☐ GRAY
HAZ ☐ HAZEL

**HAIR:**
BLK ☐ BLACK
BLN ☐ BLONDE
BRO ☒ BROWN
DBR ☐ DARK BROWN
LBR ☐ LIGHT BROWN
GRY ☐ GRAY
RED ☐ RED
XXX ☐ UNKNOWN
COMPLETELY BALD

**FINGERPRINTED:** ☒ YES ☐ NO  **HANDED:** R ☒ RIGHT / L ☐ LEFT / A ☐ AMBIDEXTROUS
**PHOTO TAKEN:** ☒ YES ☐ NO

**OFF. PRESENT:** ☒ YES ☐ NO  **OCCUPATION:**  **EMPLOYED BY:** UNEMPLOYED  **SCHOOL:**
**HANDICAP?:** ☐ YES ☒ NO  **HOW:**  **GANG AFFILIATION:**  **DRUG TEST:** TYPE:  **RESULTS:**

**TATTOOS...DESCRIBE**
**AMPUTATIONS...DESCRIBE**
**SCARS........**
**OTHER TRAITS...DESCRIBE**

**COURT:** GSII
**DATE AND TIME:** 3-24-14 9am

**DIST**
01
02 ☐ AMP
03 ☐ BLIND
04 ☐ CANE/CRUTCH
05 ☐ CRIPPLED
06 ☐ DEFORMED LIMBS
07 ☐ GROWTH/MOLE
☐ HEARING AID
☐ DISCOLORIZATION
11 ☐ SPASTIC MOVEMENTS
12 ☐ WHEELCHAIR
13 ☐ HANDICAPPED
☒ OTHER

**APPEARANCE:**
01 ☒ CASUAL
02 ☐ DIRTY
03 ☐ DISGUISE
04 ☐ FLASHY
05 ☐ MILITARY
06 ☐ WELL GROOMED
07 ☐ ANGRY
08 ☐ CALM
09 ☐ DISORGANIZED
10 ☐ NERVOUS
11 ☐ POLITE
12 ☐ VIOLENT
99 ☐ OTHER

**FACIAL SHAPE:**
01 ☐ BROAD
02 ☐ HIGH CHEEK BONES
03 ☐ LONG
05 ☐ ROUND
06 ☐ SQUARE
07 ☐ THIN/LONG
99 ☐ OTHER

**BODY BUILD:**
01 ☐ THIN
02 ☒ MEDIUM/AVERAGE
03 ☐ STOCKY
04 ☐ HEAVY
05 ☐ OBESE
09 ☐ SMALL
10 ☐ LARGE
11 ☐ MUSCULAR
99 ☐ OTHER

**TEETH:**
01 ☐ BRACES
02 ☐ CROOKED/BROKEN
03 ☐ CROOKED
04 ☐ FALSE
05 ☐ GAPS BETWEEN
06 ☐ GOLD CAPPED
07 ☐ SILVER CAPPED
☐ MISSING
☐ STAINED/DECAYED
10 ☐ JEWEL STUDDED
☒ NORMAL
☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW
02 ☐ LIGHT/FAIR
03 ☒ MEDIUM/AVERAGE
04 ☐ DARK
05 ☐ TANNED
06 ☐ JAUNDICED
07 ☐ ACNE
08 ☐ FRECKLED
09 ☐ POCKED
10 ☐ RUDDY
11 ☐ CLEAR
12 ☐ OLIVE
13 ☐ WEATHERED
14 ☐ WRINKLED
15 ☐ UNKNOWN
99 ☐ OTHER

**FACIAL HAIR:**
01 ☐ NOT APPLICABLE
02 ☐ CLEAN SHAVEN
03 ☐ UNSHAVEN
04 ☐ SIDEBURNS
05 ☐ MUSTACHE
06 ☐ FU MANCHU
07 ☐ LOWER LIP
08 ☒ GOATEE
09 ☐ FULL BEARD
10 ☐ SCRAGGLY BEARD
11 ☐ SHORT BEARD
12 ☐ THIN MUSTACHE
13 ☐ THICK MUSTACHE
99 ☐ OTHER

**LENGTH OF HAIR:**
01 ☐ SHAVED
02 ☐ BALD
03 ☐ BALDING
04 ☒ SHORT
05 ☐ NECK LENGTH
06 ☐ COLLAR LENGTH
07 ☐ SHOULDER LENGTH
08 ☐ LONG
09 ☐ PUNK STYLE
99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☒ STRAIGHT
02 ☐ DARK
03 ☐ HIGHLIGHTED
04 ☐ DYED
05 ☐ THICK
06 ☐ WIRY
07 ☐ FINE
08 ☐ THIN
09 ☐ RECEDING
10 ☐ WIG
99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE
02 ☐ AFRO
03 ☐ BUSHY
04 ☐ CREW CUT
05 ☐ MILITARY
06 ☐ PONYTAIL
07 ☐ PUNK
08 ☐ PROCESSED
09 ☐ STRAIGHT
10 ☐ WAVY/CURLY
11 ☐ FLAT TOP
12 ☐ GREASY
13 ☐ MOHAWK
14 ☐ PUNK
15 ☐ BANGS
16 ☐ CENTER PART
17 ☐ COMBED BACK
18 ☐ DIRTY
19 ☐ SIDE PART
20 ☐ STYLED
☒ SHORT

**SPEECH:**
01 ☐ NORMAL
02 ☐ ACCENT - US
03 ☐ ACCENT - FOREIGN
04 ☐ NON-ENGLISH
05 ☐ HIGH PITCHED
06 ☐ LOW PITCHED
07 ☐ NASAL
08 ☐ RASPY
09 ☐ STUTTERS
10 ☐ DEEP
11 ☐ DISGUISED
12 ☐ SLURRED
13 ☐ OTHER
14 ☐ SPEECH IMPEDIMENT
☒ OTHER

**GLASSES/CONTACTS:**
01 ☒ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☒ SINGLE
02 ☐ MARRIED
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL
07 ☐ COHABITATING
99 ☐ OTHER

**U.S. CITIZEN:** ☒ YES ☐ NO
**EARRINGS:** ☐ YES ☒ NO

**CLOTHING:** GREEN JACKET JEANS
**PLACE OF BIRTH:** TN

**PAGE 5 of 6**

| REPORTING OFFICER: Hawkins | | PIN #: 1099 | DATE/TIME: 1-30-14 22:26 |
|---|---|---|---|

| VEHICLE: ∅ | TYPE: | CODE: | LICENSE#: | STATE: | YR: |
|---|---|---|---|---|---|

| YR: | MAKE: | MODEL: | STYLE: |
|---|---|---|---|

| VIN#: | COLOR(S): | TOWED: YES / NO  HOLD: YES / NO |
|---|---|---|

| COMPANIONS: | TOW COMPANY: |
|---|---|

**NARRATIVE:** On 1-30-14, at 22:26 I responded to Pilot for a call of suspicious activity. I made contact with a Ryan Moore. He had red, blood shot eyes and white coating on his tongue. The Pilot employees advised they had seen him exit the women's bathroom upstairs. When they checked the bathroom, they found blood on the floor. Mr. Moore voluntarily showed officers his arms and he had fresh track marks and bruises from what is believed to be intravenous drug use. He was placed into custody with double locked cuffs and transported in Unit 1381 to Knights Inn for a consent search of his room. He was then transported to booking. In car video was used.

| Approving Supervisor [signature] | PIN # 1099 | Date 1-31-14 |
|---|---|---|

ARREST/SUSPECT/F.I. INFORMATION

| | |
|---|---|
| P ☐ PETITION | |
| W ☐ WARRANT | |
| SUS ☐ SUSPECT | |
| OFF ☐ OFFENDER | |
| FI ☐ FIELD INTERVIEW | |
| ARR ☒ ADULT ARREST | |
| MP ☐ MISSING PERSON | |
| JUV ☐ JUVENILE ARREST | |
| RUN ☐ RUNAWAY | |

**ARREST DATE:** 1-30-14
**ARREST TIME:** 22:26
**CASE #:** 14-4806
**ARRESTED** 1 **of** 7

1. 0040 (N)    4.
2.              5.
3.              6.

**TYPE OF ARREST:**
O ☒ ON-VIEW
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
09 ☒ UNARMED        14 ☐ SHOTGUN
11 ☐ FIREARM        15 ☐ OTHER WEAPON
12 ☐ HANDGUN        16 ☐ CUTTING INSTRUMENT
13 ☐ RIFLE          17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
H ☐ HANDLED WITHIN DEPARTMENT
R ☐ REFERRED TO OTHER AUTHORITY

**LOCATION OF ARREST:** PILOT / MURFREESBORO RD.
**ARREST #:** 1
**DR. LICENSE #:** 115931377
**STATE:** TN

**SOCIAL SECURITY #:** 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
**NAME:** LAST: WRIGHT    FIRST: CHRISTOPHER    MIDDLE: TODD
**ALIAS:**

**HOUSE#:** 137
**STREET ADDRESS:** READ AVE
**CITY:** CARTHAGE
**STATE:** TN
**ZIP CODE:** 37030

**AGE:** 22
**DOB:** 10-24-91
**SEX:** M ☒ MALE  F ☐ FEMALE  U ☐ UNKNOWN
**RACE:** W ☒ WHITE  B ☐ BLACK  I ☐ INDIAN  A ☐ ASIAN  O ☐ OTHER
**ETHNICITY:** H ☐ HISPANIC  N ☒ NON-HISPANIC  U ☐ UNKNOWN
**RESIDENT STATUS:** R ☐ RESIDENT  N ☒ NON-RESIDENT  U ☐ UNKNOWN
**HOME#:**
**WORK#:**
**CELL/PAGER#:** 684-2251

**HEIGHT:** FEET: 5'6"  INCHES:
**WEIGHT:** 135
**EYES:** ALB ☐ ALBINO  BLK ☐ BLACK  BLU ☐ BLUE  BRO ☐ BROWN  GRN ☒ GREEN  GRY ☐ GRAY  HAZ ☐ HAZEL
**HAIR:** BLK ☒ BLACK  BLN ☐ BLONDE  BRN ☐ BROWN  DBR ☐ DARK BROWN  LBR ☐ LIGHT BROWN  GRY ☐ GRAY  RED ☐ RED  XXX ☐ UNKNOWN  COMPLETELY BALD
**FINGERPRINTED:** ☒ YES  ☐ NO
**PHOTO TAKEN:** ☐ YES  ☐ NO
**HANDED:** R ☒ RIGHT  L ☐ LEFT  A ☐ AMBIDEXTROUS

**OFF. PRESENT:** ☐ YES  ☐ NO
**OCCUPATION:** N/A
**EMPLOYED BY:** N/A
**SCHOOL:** N/A

**HANDICAP?:** ☐ YES  ☒ NO
**HOW:** N/A
**GANG AFFILIATION:** UNK
**DRUG TEST?** TYPE: N/A
**RESULTS:** N/A

TATTOOS.........DESCRIBE
AMPUTATIONS.........DESCRIBE
DEFORMITIES.........DESCRIBE
SCARS.........DESCRIBE
OTHER TRAITS...DESCRIBE

**COURT:** GS II
**DATE AND TIME:** 3-24-14 @ 900

**DISTINCT FEATURES:**
01 ☐ AMPUTATION        06 ☐ DEFORMED LIMBS      11 ☐ SPASTIC MOVEMENTS
02 ☐ ARTIFICIAL LIMB   07 ☐ GROWTH/MOLE         12 ☐ WHEELCHAIR
03 ☐ BLIND             08 ☐ HEARING AID         13 ☐ HANDICAPPED
04 ☐ CANE/CRUTCH       09 ☐ LIMP                99 ☒ OTHER
05 ☐ CRIPPLED          10 ☐ SKIN DISCOLORIZATION

**APPEARANCE:**
01 ☐ CASUAL       06 ☐ WELL GROOMED    11 ☐ POLITE
02 ☒ DIRTY        07 ☐ ANGRY           12 ☐ VIOLENT
03 ☐ DISGUISE     08 ☐ CALM            99 ☐ OTHER
04 ☐ FLASHY       09 ☐ DISORGANIZED
05 ☐ MILITARY     10 ☐ NERVOUS

**FACIAL SHAPE:**
01 ☐ BROAD            04 ☒ OVAL       07 ☐ THIN/LONG
02 ☐ HIGH CHEEKBONES  05 ☐ ROUND      99 ☐ OTHER
03 ☐ LONG             06 ☐ SQUARE

**BODY BUILD:**
01 ☐ THIN             04 ☐ HEAVY      10 ☐ LARGE
02 ☒ MEDIUM/AVERAGE   05 ☐ OBESE      11 ☐ MUSCULAR
03 ☐ STOCKY           09 ☐ SMALL      99 ☐ OTHER

**TEETH:**
01 ☐ BRACES         07 ☐ SILVER CAPPED
02 ☐ CROOKED/BROKEN 09 ☐ MISSING
03 ☒ CROOKED        09 ☐ STAINED/DECAYED
04 ☐ FALSE          10 ☐ JEWEL STUDDED
05 ☐ GAPS BETWEEN   11 ☐ NORMAL
06 ☐ GOLD CAPPED    99 ☐ OTHER

**COMPLEXION:**
01 ☐ PALE/SHALLOW    09 ☐ POCKED        01 ☐ NOT APPLICABLE   08 ☐ GOATEE
02 ☐ LIGHT/FAIR     10 ☐ RUDDY         02 ☐ CLEAN SHAVEN     09 ☐ FULL BEARD
03 ☒ MEDIUM/AVERAGE 11 ☐ CLEAR         03 ☒ UNSHAVEN         10 ☐ SCRAGGLY BEARD
04 ☐ DARK           12 ☐ OLIVE         04 ☐ SIDEBURNS        11 ☐ SHORT BEARD
05 ☐ TANNED         13 ☐ WEATHERED     05 ☐ MUSTACHE         12 ☐ THIN MUSTACHE
06 ☐ JAUNDICED      14 ☐ WRINKLED      06 ☐ FU MANCHU        13 ☐ THICK MUSTACHE
07 ☐ ACNE           15 ☐ UNKNOWN       07 ☐ LOWER LIP        99 ☐ OTHER
08 ☐ FRECKLED       99 ☐ OTHER

**FACIAL HAIR:** (see above)

**LENGTH OF HAIR:**
01 ☐ SHAVED     06 ☒ COLLAR LENGTH
02 ☐ BALD       07 ☐ SHOULDER LENGTH
03 ☐ BALDING    08 ☐ LONG
04 ☐ SHORT      09 ☐ PUNK STYLE
05 ☐ NECK LENGTH 99 ☐ OTHER

**HAIR SHADED/TYPE:**
01 ☐ LIGHT      06 ☐ WIRY
02 ☒ DARK       07 ☐ FINE
03 ☐ HIGHLIGHTED 08 ☐ THIN
04 ☐ DYED       09 ☐ RECEDING
05 ☐ THICK      10 ☐ WIG
                99 ☐ OTHER

**HAIR STYLE:**
01 ☐ NOT APPLICABLE  08 ☐ PROCESSED   15 ☐ BANGS
02 ☐ AFRO            09 ☐ STRAIGHT    16 ☐ CENTER PART
03 ☐ BUSHY           10 ☐ WAVY/CURLY  17 ☐ COMBED BACK
04 ☐ CREW CUT        11 ☐ FLAT TOP    18 ☐ DIRTY
05 ☐ MILITARY        12 ☐ GREASY      19 ☐ SIDE PART
07 ☒ PONYTAIL        13 ☐ MOHAWK      20 ☐ STYLED
                     14 ☐ PUNK        99 ☐ OTHER

**SPEECH:**
01 ☒ NORMAL          08 ☐ RASPY
02 ☐ ACCENT - US     09 ☐ STUTTERS
03 ☐ ACCENT - FOREIGN 10 ☐ DEEP
04 ☐ NON-ENGLISH     11 ☐ DISGUISED
05 ☐ HIGH PITCHED    12 ☐ SLURRED
06 ☐ LOW PITCHED     13 ☐ OTHER
07 ☐ NASAL           14 ☐ SPEECH IMPEDIMENT
                     99 ☐ OTHER

**GLASSES/CONTACTS:**
01 ☐ NONE
02 ☐ YES/UNKNOWN TYPE
03 ☐ PRESCRIPTION
04 ☐ SUNGLASSES
05 ☐ CONTACT LENS
06 ☐ DESIGNER
99 ☐ OTHER

**MARITAL STATUS:**
01 ☒ SINGLE       07 ☐ COHABITATING
02 ☐ MARRIED      99 ☐ OTHER
03 ☐ DIVORCED
04 ☐ WIDOW
05 ☐ SEPARATED
06 ☐ HOMOSEXUAL

**EARRINGS:** ☐ YES ☐ NO
**U.S. CITIZEN:** ☐ YES ☐ NO
**CLOTHING:** BLUE JEANS  BLACK HOODY
**PLACE OF BIRTH:** UNK

**NAME/ PIN#:** C. BRYAN / 1057
**PAGE:** 3 of 6

615 443 3960
09:22:45  01-31-2014  4/14

**REPORTING OFFICER:** C. BRYAN    **PIN #:** 1057    **DATE/TIME:** 1-30-14 2226

| **VEHICLE:** | **TYPE:** | **CODE:** | **LICENSE#:** | **STATE:** | **YR:** |
|---|---|---|---|---|---|

**YR:**    **MAKE:**    **MODEL:**    **STYLE:**

**VIN#:**    **COLOR(S):**    **TOWED: YES / NO**   **HOLD: YES / NO**

**COMPANIONS:**    **TOW COMPANY:**

**NARRATIVE:** ON 1-30-14 AT 2226 HOURS I MADE CONTACT WITH MR. CHRISTOPHER WRIGHT AT PILOT, 921 MURFREESBORO RD, AFTER RECEIVING CALLS OF SUSPICIOUS ACTIVITY. MR. WRIGHT GAVE CONSENT TO SEARCH HIS POCKETS. IN HIS POCKETS I LOCATED A RED STRAW WITH WHITE RESIDUE INSIDE IT. MR. WRIGHT ADMITTED TO SNORTING METH WITH THE STRAW. MR. WRIGHT WAS ARRESTED, HANDCUFFED, DOUBLE LOCKED, AND TRANSPORTED TO BOOKING. THE IN CAR CAMERA WAS USED TO RECORD THE INCIDENT.

**Approving Supervisor**    **PIN #** 1059    **Date** 1-31-14

# LEBANON POLICE DEPARTMENT

# PROPERTY REPORT

**TYPE OF PROERTY LOSS/ETC:**

| | | | | | |
|---|---|---|---|---|---|
| (1) Burned | (2) Damaged | (3) Evidence | (4) Forged/Counterfeit | (5) Lost | (6) None |
| (7) Recovered | (8) Seized | (9) Stolen | (10) Towed | (11) Other | (12) Found |

**PROPERTY DESCRIPTION:**

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drugs/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 11 | 1 | RED STRAW w/ WHITE RESIDUE | 1.00 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Case # 14-4782   Occurred on: 1 / 30 / 14   to   /   /        Occurred Time 19 : 30   to   :

Report Date: 1 / 30 / 14   Report Time: 19 :02        Reporting Officer PIN: 0042

Reporting Officer: J. Aviette        Other PINs: 1099, 1057, 1043, 1081   Location of Incident: House # 903

1st Street: Murfreesboro Rd                    Apt #: 148        Zone: A

NCIC Code: (1) 0010   Description: (1) Drugs - manufacture Schedule 2    A/C    C/F/M
          (2) _____        (2) Promotion of Methamphetamine    A/C    C/F/M
          (3) 0013        (3) Drugs - possession Sch 2 w/ Intent    A/C    C/F/M
          (4) 0034        (4) Drugs - Simple Possession    A/C    F/M
          (5) 0040        (5) Drugs - Paraphernalia    A/C    F/M

| Location: | (01) Air/Bus/Train Terminal | (09) Drug Store/Dr's Office/Hospital | (17) Liquor Store |
|---|---|---|---|
| | (02) Bank/Savings and Loan | (10) Field/Woods | (18) Parking Lot |
| | (03) Bar/Night Club | (11) Government/Public Building | (19) Rental/Storage |
| | (04) Church/Synagogue/Temple | (12) Grocery/Supermarket | (20) Residence/Home |
| | (05) Office Building | (13) Highway/Road/Alley | (21) Restaurant |
| | (06) Construction Site | (14) Hotel/Motel | (22) School/College |
| | (07) Convenience Store | (15) Jail/Prison | (23) Gas Station |
| | (08) Department Store | (16) Lake/Waterway | (24) Specialty Store |
| | (25) Other/Unknown | | |

Bias Code: _____   Number of Premises Entered: 8   Method of Entry: (Force) (No Force)   Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)   Type of Criminal Activity: _____

Weapon Used:   (11) Firearm        (15) Other Firearm        (40) Personal Weapon    (70) Narcotics
None          (12) Handgun        (20) Knife            (50) Poisoning        (85) Asphyxiation
              (13) Rifle         (30) Blunt Object        (60) Explosives        (90) Other
              (14) Shotgun        (35) Motor Vehicle        (65) Fire/Incendiary    (95) Unknown

Family Violence: (Yes) (No)   Gang Activity: (Yes) (No) (Unk)        Type of Gang Activity: _____

Reviewed by PIN: 0042   Assigned to PIN: _____        Case Status: (Open) (Closed) (Active)

Name Reason Code: (VDOM) Victim of Domestic        (VIND) Victim is Individual        (VBUS) Victim is Business
              (VGOV) Victim is Government        (VFIN) Victim is Financial        (VPOL) Victim is Police
# 1   (VREL) Victim is Religious Org.        ( ) Victim is Complainant        (VUNK) Victim is Unknown
              (COM) Complainant        (VSOC) Victim is Society        (WIT) Witness

SSN: _ - _ - _   Last Name: State   First: of Tenn   MI: _   DOB: / /   Sex: _   Race: _

Street Address: _____        City: _____        State: _____        Zip: _____

Employer: _____        Home Phone: ( )   -        Work Phone: ( )   -

Injury Type: (N) None   (B) Broken Bones   (I) Internal Injury        (L) Severe Laceration    (M) Minor Injury
          (O) Major Injury   (T) Loss of Teeth   (U) Unconsciousness

Relationship of Victim to Offender: ST

(SE) Spouse        (GP) Grandparent _        Victim connected to Offense #: 1, 2, 3, 4, 5
(CS) Common Law Spouse   (GC) Grandchild _   (SS) Step Sibling _    (BE) Baby Sitter _    (EE) Employee _
(PA) Parent        (IL) In-Law _        (OF) Other Family _   (BG) Boy/Girl Friend _   (ER) Employer _
(SB) Sibling        (SP) Step Parent _        (AQ) Acquaintance _   (CF) Child of bg _   (RU) Unknown _
(CH) Child        (SC) Step Child _        (FR) Friend _    (HH) Homosexual Rel. _   (ST) Stranger
                            (NE) Neighbor _    (XS) Ex Spouse _   (VO) Vic / Off

Was victim a college student: (Yes) (No)        Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)   HomeSafe (Yes) (No)   Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)   Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____   Justifiable Homicide: _____        Officer Killed or Assaulted: _____

Δ at hotel (ran by Leb. City Police Dept)

pp.
168 - nothing attached
(States see attached)

Case # 14-4788  Occurred on: 1 / 30 / 14 to / /  Occurred Time 19 : 30 to :

Report Date: 1 / 30 / 14  Report Time: 19 : 02  Reporting Officer PIN: 0042

Reporting Officer: J. Pruitte  Other PINs: 1099, 1037, 1043, 1061  Location of Incident: House #903

1st Street: Murfreesboro Rd  Apt #: 148  Zone: A

NCIC Code: (1) 1032  Description: (1) Reckless Endangerment  A/C  F/M
(2) _____  (2) _____  A/O  F/M
(3) _____  (3) _____  A/C  F/M
(4) _____  (4) _____  A/C  F/M
(5) _____  (5) _____  A/C  F/M

Location:  (01) Air/Bus/Train Terminal  (09) Drug Store/Dr's Office/Hospital  (17) Liquor Store
(02) Bank/Savings and Loan  (10) Field/Woods  (18) Parking Lot
(03) Bar/Night Club  (11) Government/Public Building  (19) Rental/Storage
(04) Church/Synagogue/Temple  (12) Grocery/Supermarket  (20) Residence/Home
(05) Office Building  (13) Highway/Road/Alley  (21) Restaurant
(06) Construction Site  (14) Hotel/Motel  (22) School/College
(07) Convenience Store  (15) Jail/Prison  (23) Gas Station
(08) Department Store  (16) Lake/Waterway  (24) Specialty Store
(25) Other/Unknown

Bias Code: _____  Number of Premises Entered: 0  Method of Entry: (Force) (No Force)  Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)  Type of Criminal Activity: _____

Weapon Used:  (11) Firearm  (15) Other Firearm  (40) Personal Weapon  (70) Narcotics
(12) Handgun  (20) Knife  (50) Poisoning  (85) Asphyxiation
None  (13) Rifle  (30) Blunt Object  (60) Explosives  (90) Other
(14) Shotgun  (35) Motor Vehicle  (65) Fire/Incendiary  (95) Unknown

Family Violence: (Yes) (No)  Gang Activity: (Yes) (No) (Unk)  Type of Gang Activity: _____

Reviewed by PIN: 0042  Assigned to PIN: _____  Case Status: (Open) (Closed) (Active)

Name Reason Code:  (VDOM) Victim of Domestic  (VIND) Victim is Individual  (VBUS) Victim is Business
# 1  (VGOV) Victim is Government  (VFIN) Victim is Financial  (VPOL) Victim is Police
(VREL) Victim is Religious Org.  ( ) Victim is Complainant  (VUNK) Victim is Unknown
(COM) Complainant  (VSOC) Victim is Society  (WIT) Witness

SSN: - -  Last Name: State  First: of Tenn  MI:  DOB: / /  Sex:  Race:

Street Address:  City:  State:  Zip:

Employer:  Home Phone: ( ) -  Work Phone: ( ) -

Injury Type: (N) None  (B) Broken Bones  (I) Internal Injury  (L) Severe Laceration  (M) Minor Injury
(O) Major Injury  (T) Loss of Teeth  (U) Unconsciousness

Relationship of Victim to Offender: ST  Victim connected to Offense #: 1

(SE) Spouse ___  (GP) Grandparent ___  (SS) Step Sibling ___  (BE) Baby Sitter ___  (EE) Employee ___
(CS) Common Law Spouse ___  (GC) Grandchild ___  (OF) Other Family ___  (BG) Boy/Girl Friend ___  (ER) Employer ___
(PA) Parent ___  (IL) In-Law ___  (AQ) Acquaintance ___  (CF) Child of bg ___  (RU) Unknown ___
(SB) Sibling ___  (SP) Step Parent ___  (FR) Friend ___  (HH) Homosexual Rel. ___  (ST) Stranger ___
(CH) Child ___  (SC) Step Child ___  (NE) Neighbor ___  (XS) Ex Spouse ___  (VO) Vic / Off ___

Was victim a college student: (Yes) (No)  Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)  HomeSafe (Yes) (No)  Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)  Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____  Justifiable Homicide: _____  Officer Killed or Assaulted: _____

LPD FORM 01  03/99

TYPE OF PROERTY LOSS/ETC:

| (1) Burned | (2) Damaged | (3) Evidence | (4) Forged/Counterfeit | (5) Lost | (6) None |
| (7) Recovered | (8) Seized | (9) Stolen | (10) Towed | (11) Other | (12) Found |

PROPERTY DESCRIPTION:

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drugs/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 77 | 1 | 20oz Drain Out | $5 | |
| 3 | 77 | 1 | 50 packs (Cotton Sudel) | $1 | |
| 3 | 77 | 1 | Vials | $1 | |
| 3 | 77 | 1 | Misc Tools | $10 | |
| 3 | 77 | 1 | 32 oz Coleman Fuel | $5 | |
| 3 | 77 | 1 | Roebic Crystal Drain Out 2lbs | $5 | |
| 3 | 77 | 1 | Tape (Black) | $1 | |
| 3 | 77 | 1 | Grinder | $1 | |
| 3 | 77 | 1 | Blue Container | $1 | |
| 3 | 77 | 1 | Equate Cold Compress pack | $2 | |
| 3 | 77 | 1 | Plastic Tubing | $10 | |
| 3 | 77 | 1 | Empty 20oz HCL generator | $1 | |
| 3 | 77 | 16 | Lithium batteries | $20 | |
| 3 | 77 | 1 | 20oz Empty bottle | $0 | |
| 3 | 77 | 1 | 22oz Morton Salt | $1 | |
| 3 | 77 | 1 | 26oz Great Value Salt | $1 | |
| 3 | 77 | 3 | Mason Jars | $1 | |
| 3 | 77 | 1 | Plastic Funnel | $1 | |
| 3 | 77 | 1 | Pyrex 2 cup measuring cup | $1 | |
| 3 | 77 | 2 | box of 100 ct filters | $2 | |
| 3 | 77 | 1 | Baggie w/ Ammonia Nitrate | $1 | |
| 3 | 77 | 5 | Syringes | $1 | |
| 3 | 77 | 1 | Red bowl w/ residue | $1 | |

# LEBANON POLICE DEPARTMENT

# PROPERTY REPORT

**TYPE OF PROERTY LOSS/ETC:**

(1) Burned    (2) Damaged    (3) Evidence    (4) Forged/Counterfeit    (5) Lost    (6) None
(7) Recovered    (8) Seized    (9) Stolen    (10) Towed    (11) Other    (12) Found

**PROPERTY DESCRIPTION:**

| | | |
|---|---|---|
| (01) Aircraft | (15) Construction Equipment | (29) Structure-Single Occupancy |
| (02) Alcohol | (16) Household Goods | (30) Structure-Other Dwelling |
| (03) Automobile | (17) Jewelry | (31) Structure-Commercial |
| (04) Bicycle | (18) Livestock | (32) Structure-Industrial |
| (05) Buses | (19) Merchandise | (33) Structure-Public |
| (06) Clothes/Fur | (20) Money | (34) Structure-Storage |
| (07) Computer | (21) Negotiable Instruments | (35) Structure-Other |
| (08) Consumable Goods | (22) Non-Negotiable Instruments | (36) Tools Power/Hand |
| (09) Credit/Debit Cards | (23) Office Equipment | (37) Trucks |
| (10) Drugs/Narcotics | (24) Other Motor Vehicle | (38) Vehicle Parts |
| (11) Drug/Narcotic Equipment | (25) Purses/Handbags/Wallets | (39) Watercraft |
| (12) Farm Equipment | (26) Radios/TVs/VCRs | (77) Other/Misc |
| (13) Firearms | (27) Recording Audio/Visual | (88) Pending Inventory |
| (14) Gambling Equipment | (28) Recreational Vehicle | (99) |

| Type | Code | Qty. | Property Description: Make, Model, Serial #, Type, Brand, VIN, Year, Color, License Plate & Year  For Drugs: Type and Estimated quantity | Value | NCIC |
|---|---|---|---|---|---|
| 3 | 77 | 1 | Coffee filter w/ pill crusher | $1 | |
| 3 | 77 | 1 | Coleman fuel 1 gallon | $5 | |
| 3 | 77 | 2 | Mason jars - Quart | $1 | |
| 3 | 77 | 3 | blister packs | $1 | |
| 3 | 77 | 1 | Ice (Compress pack) | $1 | |
| | | | | | |
| 3 | 10 | 1 | Apx 2 grams of (Meth) | $20 | |
| 3 | 10 | 13 | white pills (Methadone) | $15 | |
| 3 | 10 | 3 | Peach pills (Alprazolam) | $10 | |
| 3 | 10 | 1 | Apx 1 gram of (Meth) | $10 | |
| 3 | 10 | 1 | Crushed Powder (Percocet) | $1 | |
| 3 | 10 | 4 | Green Pills (Oxycodone) | $10 | |
| | | | | | |
| 3 | 77 | 1 | CDR | $1 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

615 443 3960    11/14    01-31-2014    09:24:42

# ARREST/SUSPECT/F.I. INFORMATION

| P | ☐ PETITION |
|---|---|
| W | ☐ WARRANT |
| SUS | ☐ SUSPECT |
| OFF | ☐ OFFENDER |
| FI | ☐ FIELD INTERVIEW |

**ARREST DATE:** 1-30-14  
**ARREST TIME:** 1940  
**CASE #** 14-4788  
**ARRESTED** 1 **OF** 2

1. 0018 (F5)  2. 0013 (F)  3. 0634 (M) x 4  
4. 0040 (M)  5. 1832 (M)  6. 0010 (F5)

**TYPE OF ARREST:**
- AR ☐ CUSTODIAL ARREST
- MP ☐ MISSING PERSON
- JUV ☐ JUVENILE ARREST
- RUN ☐ RUNAWAY

A ☐ ~~ON VIEW ARREST~~
S ☐ SUMMONED/CITED
T ☐ TAKEN INTO CUSTODY

**ARRESTEE ARMED WITH:**
- 10 ☐ UNARMED
- 11 ☐ FIREARM
- 12 ☐ HANDGUN
- 13 ☐ RIFLE-
- 14 ☐ SHOTGUN
- 15 ☐ OTHER WEAPON
- 16 ☐ CUTTING INSTRUMENT
- 17 ☐ CLUB / BRASS KNUCKLES

**DISPOSITION OF ARREST UNDER 18:**
- H ☐ HANDLED WITHIN DEPARTMENT
- R ☐ REFERRED TO OTHER AUTHORITY

**LOCATION OF ARREST:** MURFREESBORO RD #148  **ARREST #:** 9  **DR. LICENSE #:** 101560872  **STATE:** TN

**SOCIAL SECURITY #:** 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  
**NAME:**  **LAST:** MOSLEY  **FIRST:** STEPHANIE  **MIDDLE:** MARIE  **ALIAS:**

**HOUSE#:** 121  **STREET ADDRESS:** W. JEFFERSON ST  **CITY:** CARTHAGE  **STATE:** TN  **ZIP CODE:** 37030

**AGE:** 31  **DOB:** 12-20-82

**SEX:**
- M ☐ MALE
- F ☑ FEMALE
- U ☐ UNKNOWN

**RACE:**
- W ☑ WHITE
- B ☐ BLACK
- I ☐ INDIAN
- A ☐ ASIAN
- O ☐ OTHER

**ETHNICITY:**
- H ☐ HISPANIC
- N ☑ NON-HISPANIC
- U ☐ UNKNOWN

**RESIDENT STATUS:**
- R ☐ RESIDENT
- N ☑ NON-RESIDENT
- U ☐ UNKNOWN

**HOME#:**  **WORK#:**  **CELL/PAGER#:** 6154195833

**HEIGHT:** FEET: 5 INCHES: 6  **WEIGHT:** 180

**EYES:**
- ALB ☐ ALBINO
- BLK ☐ BLACK
- BLU ☐ BLUE
- BRO ☑ BROWN
- GRN ☐ GREEN
- GRY ☐ GRAY
- HAZ ☐ HAZEL

**HAIR:**
- BLK ☐ BLACK
- BLN ☐ BLONDE
- BRO ☑ BROWN
- DBR ☐ DARK BROWN
- LBR ☐ LIGHT BROWN
- GRY ☐ GRAY
- RED ☐ RED
- XXX ☐ UNKNOWN
- COMPLETELY BALD

**FINGERPRINTED** ☑ YES ☐ NO  **HANDED:** ☑ RIGHT L ☐ LEFT A ☐ AMBIDEXTROUS  
**PHOTO TAKEN:** ☑ YES ☐ NO

**OFF. PRESENT:** ☐ YES ☐ NO  **OCCUPATION:**  **EMPLOYED BY:** UNEMPLOYED  **SCHOOL:**

**HANDICAP?:** ☐ YES ☑ NO  **HOW:**  **GANG AFFILIATION:**  **DRUG TEST:**  **TYPE:**  **RESULTS:**

**TATTOOS.........DESCRIBE** FOUR LEAF CLOVER L WRIST

**AMPUTATIONS...DESCRIBE** _____

**DEFORMITIES...DESCRIBE** _____

**SCARS.........DESCRIBE** _____

**OTHER TRAITS...DESCRIBE** _____

**COURT:** GSC

**DATE AND TIME:** 4-15-14 1pm

## DISTINCT FEATURES:
- 01 ☐ AMPUTATION
- 02 ☐ ARTIFICIAL LIMB
- 03 ☐ BLIND
- 04 ☐ CANE/CRUTCH
- 05 ☐ CRIPPLED
- 06 ☐ DEFORMED LIMBS
- 07 ☐ GROWTH/MOLE
- 08 ☐ HEARING AID
- 09 ☐ LIMP
- 10 ☐ SKIN DISCOLORATION
- 11 ☐ SPASTIC MOVEMENTS
- 12 ☐ WHEELCHAIR
- 13 ☐ HANDICAPPED
- 99 ☑ OTHER

## APPEARANCE:
- 01 ☑ CASUAL
- 02 ☐ DIRTY
- 03 ☐ DISGUISE
- 04 ☐ FLASHY
- 05 ☐ MILITARY
- 06 ☐ WELL GROOMED
- 07 ☐ ANGRY
- 08 ☐ CALM
- 09 ☐ DISORGANIZED
- 10 ☐ NERVOUS
- 11 ☐ POLITE
- 12 ☐ VIOLENT
- 99 ☐ OTHER

## FACIAL SHAPE:
- 01 ☐ BROAD
- 02 ☐ HIGH CHEEKBONES
- 03 ☐ LONG
- 04 ☑ OVAL
- 05 ☐ ROUND
- 06 ☐ SQUARE
- 07 ☐ THIN/LONG
- 99 ☐ OTHER

## BODY BUILD:
- 01 ☐ THIN
- 02 ☐ MEDIUM/AVERAGE
- 03 ☐ STOCKY
- 04 ☑ SMALL
- 05 ☐ OBESE
- 09 ☐ SMALL
- 10 ☐ LARGE
- 11 ☐ MUSCULAR
- 99 ☐ OTHER

## TEETH:
- 01 ☐ BRACES
- 02 ☐ CROOKED/BROKEN
- 03 ☐ CROOKED
- 04 ☐ FALSE
- 05 ☐ GAPS BETWEEN
- 06 ☐ GOLD CAPPED
- 07 ☐ SILVER CAPPED
- 08 ☐ MISSING
- 09 ☐ STAINED/DECAYED
- 10 ☐ JEWEL STUDDED
- 11 ☑ NORMAL
- 99 ☐ OTHER

## COMPLEXION:
- 01 ☐ PALE/SHALLOW
- 02 ☐ LIGHT/FAIR
- 03 ☑ MEDIUM/AVERAGE
- 04 ☐ DARK
- 05 ☐ TANNED
- 06 ☐ JAUNDICED
- 07 ☐ ACNE
- 08 ☐ FRECKLED
- 09 ☐ POCKED
- 10 ☐ RUDDY
- 11 ☐ CLEAR
- 12 ☐ OLIVE
- 13 ☐ WEATHERED
- 14 ☐ WRINKLED
- 15 ☐ UNKNOWN
- 99 ☐ OTHER

## FACIAL HAIR:
- 01 ☑ NOT APPLICABLE
- 02 ☐ CLEAN SHAVEN
- 03 ☐ UNSHAVEN
- 04 ☐ SIDEBURNS
- 05 ☐ MUSTACHE
- 06 ☐ FU MANCHU
- 07 ☐ LOWER LIP
- 08 ☐ GOATEE
- 09 ☐ FULL BEARD
- 10 ☐ SCRAGGLY BEARD
- 11 ☐ SHORT BEARD
- 12 ☐ THIN MUSTACHE
- 13 ☐ THICK MUSTACHE
- 99 ☐ OTHER

## LENGTH OF HAIR:
- 01 ☐ SHAVED
- 02 ☐ BALD
- 03 ☐ BALDING
- 04 ☐ SHORT
- 05 ☐ NECK LENGTH
- 06 ☐ COLLAR LENGTH
- 07 ☑ SHOULDER LENGTH
- 08 ☐ LONG
- 09 ☐ PUNK STYLE
- 99 ☐ OTHER

## HAIR SHADED/TYPE:
- 01 ☐ LIGHT
- 02 ☐ DARK
- 03 ☑ MEDIUM/BROWN
- 04 ☐ DYED
- 05 ☐ THICK
- 06 ☐ WIRY
- 07 ☐ FINE
- 08 ☐ THIN
- 09 ☐ RECEDING
- 10 ☐ WIG
- 99 ☐ OTHER

## HAIR STYLE:
- 01 ☐ NOT APPLICABLE
- 02 ☐ AFRO
- 03 ☐ BUSHY
- 04 ☐ CREW CUT
- 05 ☐ MILITARY
- 07 ☑ BROWN/TAN
- 08 ☐ PROCESSED
- 09 ☐ STRAIGHT
- 10 ☐ WAVY/CURLY
- 11 ☐ FLAT TOP
- 12 ☐ GREASY
- 13 ☐ MOHAWK
- 14 ☐ PUNK
- 15 ☐ BANGS
- 16 ☐ CENTER PART
- 17 ☐ COMBED BACK
- 18 ☐ DIRTY
- 19 ☐ SIDE PART
- 20 ☐ STYLED
- 99 ☐ OTHER

## SPEECH:
- 01 ☑ NORMAL
- 02 ☐ ACCENT - US
- 03 ☐ ACCENT - FOREIGN
- 04 ☐ NON-ENGLISH
- 05 ☐ HIGH PITCHED
- 06 ☐ LOW PITCHED
- 07 ☐ NASAL
- 08 ☐ RASPY
- 09 ☐ STUTTERS
- 10 ☐ DEEP
- 11 ☐ DISGUISED
- 12 ☐ SLURRED
- 13 ☐ OTHER
- 14 ☐ SPEECH IMPEDIMENT
- 99 ☐ OTHER

## GLASSES/CONTACTS:
- 01 ☑ NONE
- 02 ☐ YES/UNKNOWN TYPE
- 03 ☐ PRESCRIPTION
- 04 ☐ SUNGLASSES
- 05 ☐ CONTACT LENS
- 06 ☐ DESIGNER
- 99 ☐ OTHER

## MARITAL STATUS:
- 01 ☑ SINGLE
- 02 ☐ MARRIED
- 03 ☐ DIVORCED
- 04 ☐ WIDOW
- 05 ☐ SEPARATED
- 06 ☐ HOMOSEXUAL
- 07 ☐ COHABITATING
- 99 ☐ OTHER

**EARRINGS:** ☐ YES ☑ NO  
**U.S. CITIZEN:** ☑ YES ☐ NO

**CLOTHING:** BLACK SHIRT JEANS

**PLACE OF BIRTH:** N/C

**NAME/ PIN#:** Aviette 8042

| P | ☐ PETITION | ARREST DATE: 1-30-14 | CASE # 14-4788 | 1. 0810 (F) | 4. 0034 (M) x3 |
| W | ☐ WARRANT | | | 2. 0010 (F) | 5. 1032 (M) |
| SUS | ☐ SUSPECT | ARREST TIME: 1940 | ARRESTED 2 of 2 | 3. 0013 (F) | 6. 0040 (M) |
| OFF | ☐ OFFENDER | | | | |
| FI | ☐ FIELD INTERVIEW | TYPE OF ARREST: | ARRESTEE ARMED WITH: | |
| ARR | ☐ ADULT ARREST | ☐ ON VIEW | 10 ☐ UNARMED | 14 ☐ SHOTGUN | DISPOSITION OF ARREST UNDER 18: |
| MP | ☐ MISSING PERSON | 8 ☐ SUMMONED/CITED | 11 ☐ FIREARM | 15 ☐ OTHER WEAPON | H ☐ HANDLED WITHIN DEPARTMENT |
| JUV | ☐ JUVENILE ARREST | T ☐ TAKEN INTO CUSTODY | 12 ☐ HANDGUN | 16 ☐ CUTTING INSTRUMENT | |
| RUN | ☐ RUNAWAY | | 13 ☐ RIFLE- | 17 ☐ CLUB / BRASS KNUCKLES | R ☐ REFERRED TO OTHER AUTHORITY |

| LOCATION OF ARREST | ARREST #: | DR. LICENSE #: | STATE: |
| 903 MURFREESBORO RD #148 | 8 | 111 800 987 | TN |

SOCIAL SECURITY #: 307 58 2862
LAST: BUSARD  FIRST: NATHAN  MIDDLE: ANDREW  ALIAS:

HOUSE#: 707  STREET ADDRESS: PARK AVE  CITY: LEBANON  STATE: TN  ZIP CODE: 37087

| AGE: 26 | SEX: ☐ MALE ☐ FEMALE ☐ UNKNOWN | RACE: ☐ WHITE B ☐ BLACK I ☐ INDIAN A ☐ ASIAN O ☐ OTHER | ETHNICITY: H ☐ HISPANIC N ☐ NON-HISPANIC U ☐ UNKNOWN | RESIDENT STATUS: R ☐ RESIDENT N ☐ NON-RESIDENT U ☐ UNKNOWN | HOME#: |
| DOB: 6-1-87 | | | | | WORK#: |
| | | | | | CELL/PAGER#: UNK |

| HEIGHT: FEET: 5 INCHES: 11 | WEIGHT: 160 | EYES: ALB ☐ ALBINO  GRN ☐ GREEN BLK ☐ BLACK  GRY ☐ GRAY BLU ☐ BLUE  HAZ ☐ HAZEL BRO ☐ BROWN | HAIR: LBR ☐ LIGHT BROWN BLK ☐ BLACK  GRY ☐ GRAY BLN ☐ BLONDE  RED ☐ RED BRO ☐ BROWN  XXX ☐ UNKNOWN DBR ☐ DARK BROWN  COMPLETELY BALD | FINGERPRINTED ☐ YES ☐ NO PHOTO TAKEN: ☐ YES ☐ NO | HANDED: ☐ RIGHT L ☐ LEFT A ☐ AMBIDEXTROUS |

| OFF. PRESENT: ☐ YES ☐ NO | OCCUPATION: | EMPLOYED BY: UNEMPLOYED | SCHOOL: |
| HANDICAP?: ☐ YES ☐ NO | HOW: | GANG AFFILIATION: LATIN KINGS | DRUG TEST:  TYPE: | RESULTS: |

TATTOOS..........DESCRIBE 3 POINT CROWN  L NECK

AMPUTATIONS...DESCRIBE

DEFORMITIES....DESCRIBE

SCARS.........DESCRIBE

OTHER TRAITS...DESCRIBE

COURT: GSII

DATE AND TIME: 4-15-14  1pm

| DISTINCT FEATURES: | | | |
| 01 ☐ AMPUTATION | 06 ☐ DEFORMED LIMBS | 11 ☐ SPASTIC MOVEMENTS | |
| 02 ☐ ARTIFICIAL LIMB | 07 ☐ GROWTH/MOLE | 12 ☐ WHEELCHAIR | |
| 03 ☐ BLIND | 08 ☐ HEARING AID | 13 ☐ HANDICAPPED | |
| 04 ☐ CANE/CRUTCH | 09 ☐ LIMP | 99 ☐ OTHER | |
| 05 ☐ CRIPPLED | 10 ☐ SKIN DISCOLORATION | | |

| APPEARANCE: | | | |
| 01 ☐ NEAT/MALE | 06 ☐ WELL GROOMED | 11 ☐ POLITE |
| 02 ☐ DIRTY | 07 ☐ ANGRY | 12 ☐ VIOLENT |
| 03 ☐ DISGUISE | 08 ☐ CALM | 99 ☐ OTHER |
| 04 ☐ FLASHY | 09 ☐ DISORGANIZED | |
| 05 ☐ MILITARY | 10 ☐ NERVOUS | |

| FACIAL SHAPE: | | | BODY BUILD: | | |
| 01 ☐ BROAD | 04 ☐ OVAL | 07 ☐ THIN/LONG | 01 ☐ THIN | 04 ☐ HEAVY | 10 ☐ LARGE |
| 02 ☐ HIGH CHEEKBONES | 05 ☐ ROUND | 99 ☐ OTHER | 02 ☐ MEDIUM/AVERAGE | 05 ☐ OBESE | 11 ☐ MUSCULAR |
| 03 ☐ LONG | 06 ☐ SQUARE | | 03 ☐ STOCKY | 09 ☐ SMALL | 99 ☐ OTHER |

| TEETH: | | COMPLEXION: | | FACIAL HAIR: | |
| 01 ☐ BRACES | 07 ☐ SILVER CAPPED | 01 ☐ PALE/SHALLOW | 09 ☐ POCKED | 01 ☐ NOT APPLICABLE | 08 ☐ GOATEE |
| 02 ☐ CROOKED/BROKEN | 08 ☐ MISSING | 02 ☐ LIGHT/FAIR | 10 ☐ RUDDY | 02 ☐ CLEAN SHAVEN | 09 ☐ FULL BEARD |
| 03 ☐ CROOKED | 09 ☐ STAINED/DECAYED | 03 ☐ MEDIUM/AVERAGE | 11 ☐ CLEAR | 03 ☐ UNSHAVEN | 10 ☐ SCRAGGLY BEARD |
| 04 ☐ FALSE | 10 ☐ JEWEL STUDDED | 04 ☐ DARK | 12 ☐ OLIVE | 04 ☐ SIDEBURNS | 11 ☐ SHORT BEARD |
| 05 ☐ GAPS BETWEEN | ☐ NORMAL | 05 ☐ TANNED | 13 ☐ WEATHERED | 05 ☐ MUSTACHE | 12 ☐ THIN MUSTACHE |
| 06 ☐ GOLD CAPPED | 99 ☐ OTHER | 06 ☐ JAUNDICED | 14 ☐ WRINKLED | 06 ☐ FU MANCHU | 13 ☐ THICK MUSTACHE |
| | | 07 ☐ ACNE | 15 ☐ UNKNOWN | 07 ☐ LOWER LIP | 99 ☐ OTHER |
| | | 08 ☐ FRECKLED | 99 ☐ OTHER | | |

| LENGTH OF HAIR: | | HAIR SHADED/TYPE: | | HAIR STYLE: | | |
| 01 ☐ SHAVED | 06 ☐ COLLAR LENGTH | 01 ☐ LIGHT | 06 ☐ WIRY | 01 ☐ NOT APPLICABLE | 08 ☐ PROCESSED | 15 ☐ BANGS |
| 02 ☐ BALD | 07 ☐ SHOULDER LENGTH | 02 ☐ DARK | 07 ☐ FINE | 02 ☐ AFRO | 09 ☐ STRAIGHT | 16 ☐ CENTER PART |
| 03 ☐ BALDING | 08 ☐ LONG | 03 ☐ HIGHLIGHTED | 08 ☐ THIN | 04 ☐ BUSHY | 10 ☐ WAVY/CURLY | 17 ☐ COMBED BACK |
| 04 ☐ SHORT | 09 ☐ PUNK STYLE | 04 ☐ DYED | 09 ☐ RECEDING | 05 ☐ CREW CUT | 11 ☐ FLAT TOP | 18 ☐ DIRTY |
| 05 ☐ NECK LENGTH | 99 ☐ OTHER | 05 ☐ THICK | 10 ☐ WIG | 06 ☐ CURLY | 12 ☐ GREASY | 19 ☐ SIDE PART |
| | | | 99 ☐ OTHER | 07 ☐ PONYTAIL | 13 ☐ MOHAWK | 20 ☐ STYLED |
| | | | | | 14 ☐ PUNK | 99 ☐ OTHER |

| SPEECH: | | GLASSES/CONTACTS: | MARITAL STATUS: | | EARRINGS: ☐ YES ☐ NO |
| 01 ☐ NORMAL | 08 ☐ RASPY | 01 ☐ NONE | 01 ☐ SINGLE | 07 ☐ COHABITATING | U.S. CITIZEN: ☐ YES ☐ NO |
| 02 ☐ ACCENT - US | 09 ☐ STUTTERS | 02 ☐ YES/UNKNOWN TYPE | 02 ☐ MARRIED | 99 ☐ OTHER | CLOTHING: |
| 03 ☐ ACCENT - FOREIGN | 10 ☐ DEEP | 03 ☐ PRESCRIPTION | 03 ☐ DIVORCED | | RED JACKET |
| 04 ☐ NON-ENGLISH | 11 ☐ DISGUISED | 04 ☐ SUNGLASSES | 04 ☐ WIDOW | | GRAY PANTS |
| 05 ☐ HIGH PITCHED | 12 ☐ SLURRED | 05 ☐ CONTACT LENS | 05 ☐ SEPARATED | | PLACE OF BIRTH: |
| 06 ☐ LOW PITCHED | 13 ☐ OTHER | 06 ☐ DESIGNER | 06 ☐ HOMOSEXUAL | | GRAY PANTS |
| 07 ☐ NASAL | 14 ☐ SPEECH IMPEDIMENT | 99 ☐ OTHER | | | |
| | 99 ☐ OTHER | | | | |

NAME/ PIN# Arville  0012

**OFFICER:** Pruitte **PIN #:** 0042 **DATE:** 1/30/14 **CASE #:** 14-4788

On January 30th, 2014, I received intel of a possible meth lab at 903 Murfreesboro Rd (Knight's Inn) in room 148. Sgt. Hawkins and I responded to the room to conduct a knock and talk with the occupants of the room. Upon my arrival, I knocked on the door and female identified as Stephanie Mosley answered the door. I explained to Ms. Mosley that we had received information of a possible meth lab in the room and we were there to investigate. Ms. Mosley adamantly denied a meth lab being in the room. I asked for consent to step in the room and she stated that it was not her room. She further stated that the lessee was in Smith Co. jail. I explained to her that the management would be asking her to leave giving the circumstance. Ms. Mosley opened the door and told us to come in. She presented me with a mirror that had a crushed pill (Percocet) on it with a straw. Mosley stated that it was all she had. I asked Ms. Mosley where her belongings were and she pointed at the front corner of the room. I asked for consent to search her bags and she granted it. Upon consent search, I located several syringes in a plastic bag. I asked Ms. Mosley if she was diabetic and she stated "no". Ms. Mosley was sitting on the bed closest to the bathroom and I noticed a camo backpack sitting by her left leg. I placed Ms. Mosley under arrest for Simple Possession and Paraphernalia. A search incident to arrest was conducted of Ms. Mosley and the immediate area of her. I located Mason Jars with residue, plastic tubing, coffee filters, lithium batteries and drain cleaner in the camo backpack. A male was found hiding in the bathroom and was identified as Nathan Busard. Mr. Busard was also placed under arrest. I also noticed several pills later identified as Methadone and Alprazolam laying on the front counter in plain-view. Officer Bryan transported both subjects to WCSO for booking. Officer Chris Luna and Brian Blackburn were notified to respond. For the safety of the guest in other rooms, I had management relocate them to other rooms. Ms. Mosley was found to have a plastic baggy with approximately 2grams of white powdery substance believed to be methamphetamine and a green pill container with 4 pills in her bra at booking. Luna and Blackburn located several components commonly used in the manufacture of methamphetamine and approximately 1 gram of white powdery substance believed to be methamphetamine. Both Mosley and Busard were charged with constructive possession of all the narcotics, narcotic equipment and paraphernalia inside the room. The Tennessee Methamphetamine Task Force responded to clean up all the items located inside the room. The pills and meth were placed into LPD evidence.

APPROVING OFFICER: _____ PIN: 0042 DATE APPROVED: 1 /31 / 14

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____          District of          _____ TENNESSEE _____

| United States of America | |
|---|---|
| v. | **ORDER SETTING CONDITIONS**<br>**OF RELEASE** |
| _____ RYAN MOORE _____ | Case Number:   3:13-00097-24 |
| Defendant | |

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified) _____

_____ on _____    **Place**
_____
**Date and Time**

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ )    The defendant promises to appear at all proceedings as required and to surrender

(   )    The defendant executes an unsecured bond binding the defendant to pay _____ dollar _____ )
         in the event of a failure to appear as required or to surrender as directed for

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL    SERVICES    U.S. ATTORNEY    U.S. MARSHAL

**SCANNED**

Case 3:13-cr-00097   Document 380 *SEALED*   Filed 01/07/14   Page 4 of 6 PageID #: 894

## Additional Conditions of Release

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community,

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

(   ) (6)   The defendant is placed in the custody of:

(Name of person or organization) _____

(Address) _____

(City and state) _____ (Tel. No.) _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                         Custodian or Proxy                     Date

( X ) (7)   The defendant shall:

RM (X) (a)   report to the   U.S. Pretrial Services as directed _____
         telephone number  (615) 736-5771     , not later than _____

(   ) (b)   execute a bond or an agreement to forfeit upon failing to appear as required the following sum of money or designated property:

(   ) (c)   post with the court the following indicia of ownership of the above-described property, or the following amount or percentage of the above-described

(   ) (d)   execute a bail bond with solvent sureties in the amount of $
RM (X) (e)   maintain or actively seek employment. or attend school as directed
(   ) (f)   maintain or commence an education program.
RM (X) (g)   surrender any passport to:   Pretrial Services
RM (X) (h)   obtain no passport.
RM (X) (i)   abide by the following restrictions on personal association, place or abode, or travel: Restricted to Middle District of TN
RM (X) (j)   unless pre-approved for out of district travel by Pretrial Services
         avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or
         prosecution, including but not limited to:   co-defendants without prior approval of Pretrial Service

(   ) (k)   undergo medical or psychiatric treatment and/or remain in an institution as follows: _____

(   ) (l)   return to custody each (week) day as of _____ o'clock after being released each (week) day as of _____ o'clock for employment, schooling, or the following limited purpose(s): _____

(   ) (m)   maintain residence at a halfway house or community corrections center, as deemed necessary by the pretrial services office or supervising officer.
(   ) (n)   refrain from possessing a firearm, destructive device, or other dangerous weapons.
(   ) (o)   refrain from (   ) any (   ) excessive use of alcohol.
RM (X) (p)   refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
RM (X) (q)   submit to any method of testing required by the pretrial services office or the supervising officer for determining whether the defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.
RM (X) (r)   participate in a program of inpatient or outpatient substance abuse therapy and counseling if deemed advisable by the pretrial services office or supervising officer.
RM (X) (s)   refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or electronic monitoring which is (are) required as a condition(s) of release.
(   ) (t)   participate in one of the following home confinement program components and abide by all the requirements of the program which   (   ) will or
         (   ) will not include electronic monitoring or other location verification system. You shall pay all or part of the cost of the program based upon your ability to pay as determined by the pretrial services office or supervising officer.
         (   ) (i)   Curfew. You are restricted to your residence every day   (   ) from _____ to _____, or (   ) as directed by the pretrial services office or supervising officer; or
         (   ) (ii)   Home Detention. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the pretrial services office or supervising officer; or
         (   ) (iii)   Home Incarceration. You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances pre-approved by the pretrial services office or supervising officer.
RM (X) (u)   report as soon as possible, to the pretrial services office or supervising officer any contact with any law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop. — and within 48 hrs.
RM (X) (v)   Shall permit Pretrial Services Officer to visit you at home or elsewhere at any time, and allow Pretrial Services Officer to confiscate any contraband in plain view. _____

(   ) (w)   _____

(   ) (x)   _____

                                                _____ 11/26/13

DISTRIBUTION:    COURT      DEFENDANT      PRETRIAL SERVICES      U.S. ATTORNEY      U.S. MARSHAL

**Advice of Penalties and Sanctions**

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation.  It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

**Acknowledgment of Defendant**

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

**Directions to United States Marshal**

( x )  The defendant is ORDERED released after processing.

(   )  The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release.  The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: _____June 3, 2013_____          _____
Signature of Judicial Officer

E. CLIFTON KNOWLES, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

Case # 14 - 4806   Occurred on: 1 / 30 / 14   to   /   /        Occurred Time: 22 26   to      :

Report Date: 1 / 30 / 14   Report Time: 22 : 26      Reporting Officer PIN: 1057

Reporting Officer: C. BRYAN   Other PINs: 1099, 1016   Location of Incident: House # 921

1st Street: MURFREESBORO RD        Apt #:        Zone: A

NCIC Code: (1) 0040   Description: (1) DRUG - PARAPHERNALIA   A/C   F/M
(2) 7310   (2) Alke Intoxication   A/C   F/M
(3) _____   (3) _____   A/C   F/M
(4) _____   (4) _____   A/C   F/M
(5) _____   (5) _____   A/C   F/M

Location: (01) Air/Bus/Train Terminal      (09) Drug Store/Dr's Office/Hospital      (17) Liquor Store
(02) Bank/Savings and Loan      (10) Field/Woods      (18) Parking Lot
(03) Bar/Night Club      (11) Government/Public Building      (19) Rental/Storage
(04) Church/Synagogue/Temple      (12) Grocery/Supermarket      (20) Residence/Home
(05) Office Building      (13) Highway/Road/Alley      (21) Restaurant
(06) Construction Site      (14) Hotel/Motel      (22) School/College
(07) Convenience Store      (15) Jail/Prison      (23) Gas Station
(08) Department Store      (16) Lake/Waterway      (24) Specialty Store
(25) Other/Unknown

Bias Code: _____   Number of Premises Entered: 0   Method of Entry: (Force) (No Force)   Home Invasion: (Yes) (No)

Offender Used: (Alcohol) (Computer Equipment) (Drugs) (Not Applicable)   Type of Criminal Activity: P, T, S

Weapon Used: (11) Firearm      (15) Other Firearm      (40) Personal Weapon      (80) Narcotics
(12) Handgun      (20) Knife      (50) Poisoning      (85) Asphyxiation
(13) Rifle      (30) Blunt Object      (60) Explosives      (90) Other
(14) Shotgun      (35) Motor Vehicle      (65) Fire/Incendiary      (95) Unknown

Family Violence: (Yes) (No)   Gang Activity: (Yes) (No) (Unk)   Type of Gang Activity: ____

Reviewed by PIN: 1099   Assigned to PIN: _____   Case Status: (Open) (Closed) (Active)

Name Reason Code: (VDOM) Victim of Domestic   (VIND) Victim is Individual   (VBUS) Victim is Business
(VGOV) Victim is Government   (VFIN) Victim is Financial   (VPOL) Victim is Police
# __1__   (VREL) Victim is Religious Org.   (VUNK) Victim is Unknown
(COM) Complainant   (VSOC) Victim is Society   (WIT) Witness

SSN: - -   Last Name: of TN   First: STATE   MI:   DOB: / /   Sex:   Race:

Street Address:      City:      State:      Zip:

Employer:      Home Phone: ( )   -      Work Phone: ( )

Injury Type: (N) None   (B) Broken Bones   (I) Internal Injury   (L) Severe Laceration   (M) Minor Injury
(O) Major Injury   (T) Loss of Teeth   (U) Unconsciousness

Relationship of Victim to Offender: ST        Victim connected to Offense #: 1

(SE) Spouse ___   (GP) Grandparent ___   (SS) Step Sibling ___   (BE) Baby Sitter ___   (EE) Employee ___
(CS) Common Law Spouse ___   (GC) Grandchild ___   (OF) Other Family ___   (BG) Boy/Girl Friend ___   (ER) Employer ___
(PA) Parent ___   (IL) In-Law ___   (AQ) Acquaintance ___   (CF) Child of bg ___   (RU) Unknown ___
(SB) Sibling ___   (SP) Step Parent ___   (FR) Friend ___   (HH) Homosexual Rel. ___   (SS) Stranger ___
(CH) Child ___   (SC) Step Child ___   (NE) Neighbor ___   (XS) Ex Spouse ___   (VO) Vic / Off

Was victim a college student: (Yes) (No)        Did offense occur on campus: (Yes) (No)

Domestic Violence: DV Form (Yes) (No)   HomeSafe (Yes) (No)   Arrest Made: (Yes) (No)

Was children harmed: (Yes) (No) (None)   Was a violation of an order of protection involved? (Yes) (No)

Negligent Manslaughter: _____   Justifiable Homicide: _____ , _____   Officer Killed or Assaulted: ____ , ____ , ____